20 APRIL, 2015

COUNTY COURT AT LAW NO. FIVE
BEXAR COUNTY, TEXAS

FILE NUMBER NO.2015CV01073

| ERASMO FIGUEROA | ) | |
| APPELLANT | ) | |
| V. | ) | NOTICE OF APPEAL |
| VILLAS OF VISTA DEL NORTE | ) | |
| APELLEE | ) | |

NOW COMES ERASMO FIGUEROA, APPELLATE, UNITED STATES DISTRICT COURT, 4TH COURT OF APPEALS REQUESTING IN WRITING ALL SAID CASE FILES FROM COUNTY COURT AT LAW NO. FIVE, BEXAR COUNTY, TEXAS:

    1.) COURT REPORTER'S RECORDS
    2.) CLERK'S RECORDS

BE FORWARDED TO:
UNITED STATES DISTRICT COURT
4TH COURT OF APPEALS
PAUL ELIZONDO TOWER
SAN ANTONIO, TEXAS.

Respectfully,

ERASMO FIGUEROA
APPELLANT